**IN RE: Daniel Johnson WILLIS,
Petitioner.**

**No. 17-1185**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2017

Decided: May 25, 2017

Daniel Johnson Willis, Petitioner Pro Se.

Before KING, AGEE, and WYNN,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Daniel Johnson Willis petitions for a
writ of mandamus seeking an order direct-
ing the district court to file his civil com-
plaints. We conclude that Willis is not enti-
tled to mandamus relief. Mandamus relief
is a drastic remedy and should be used
only in extraordinary circumstances. *Kerr
v. U.S. Dist. Court*, 426 U.S. 394, 402, 96
S.Ct. 2119, 48 L.Ed.2d 725 (1976); *United
States v. Moussaoui*, 333 F.3d 509, 516-17
(4th Cir. 2003). Further, mandamus relief
is available only when the petitioner has a
clear right to the relief sought. *In re First
Fed. Sav. & Loan Ass'n*, 860 F.2d 135, 138
(4th Cir. 1988).

Mandamus may not be used as a substi-
tute for appeal.* *In re Lockheed Martin
Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

---

* The court has already reviewed, in 10-1740,
the denial of leave to file a complaint in 4:10-
mc-1. The motion for leave to file a complaint

The relief sought by Willis is not available
by way of mandamus. Accordingly, al-
though we grant leave to proceed in forma
pauperis, we deny the petition and correct-
ed petition for writ of mandamus. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*PETITION DENIED*

in 4:17-mc-2-H is still pending in the district
court.